| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br>**Lawrence Tanglao Quesada**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 06/21/2025     Lawrence Tanglao Quesada                              /s/ (signature)
                     Printed name of Debtor 1                              Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                              F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
                            Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                            **F 1002-1.EMP.INCOME.DEC**




Direct Deposit Advice

| | | | **Check Date** | | **Voucher Number** |
| --- | --- | --- | --- | --- | --- |
| 401 Mile of Cars Way | | | June 13, 2025 | | 23413 |
| Ste 100 | | | | | |
| National City, CA 91950 | | | | | |
| | | Direct Deposits | Type | Account | Amount |
| DIRECT DEPOSIT VOUCHER | | ALLY BANK | C | ***8161 | 1,172.36 |
| | | **Total Direct Deposits** | | | **1,172.36** |

41989    SB-FAC-DIV    442  23413  21923    **41989**

**Lawrence Quesada**
17640 Lassen St
Unit 2
Northridge, CA  91325-1446

Non Negotiable - This is not a check - Non Negotiable

## California Institute of Arts & Technology

**Lawrence Quesada**                                                                                 **Earnings Statement**

| Employee ID | **442** | Fed Taxable Income | **1,451.29** | Check Date | **June 13, 2025** | Voucher Number | **23413** |
| Location | **SB-FAC-DIV** | Fed Filing Status | **S** | Period Beginning | **May 25, 2025** | Net Pay | **1,172.36** |
| Hourly | **$40.52** | State Filing Status | **S-4-4** | Period Ending | **June 7, 2025** | Total Hours Worked | **35.8166** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
| --- | --- | --- | --- | --- |
| OVERTIM | | | | 9.75 |
| REGULAR | 40.52 | 35.8166 | 1,451.29 | 18,407.83 |
| **Gross Earnings** | | **35.8166** | **1,451.29** | **18,417.58** |

| **Taxes** | **Amount** | **YTD** |
| --- | --- | --- |
| CA | 0.00 | 61.38 |
| CASDI-E | 17.42 | 221.01 |
| FITW | 158.01 | 2,226.52 |
| MED | 21.04 | 267.06 |
| SS | 89.98 | 1,141.90 |
| **Taxes** | **286.45** | **3,917.87** |

| **Deductions** | **Amount** | **YTD** |
| --- | --- | --- |
| Energy Reimbursement | -2.15 | -28.24 |
| Internet Reimbursement | -5.37 | -70.61 |
| **Deductions** | **-7.52** | **-98.85** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
| --- | --- | --- | --- |
| ALLY BANK | C | ***8161 | 1,172.36 |
| **Total Direct Deposits** | | | **1,172.36** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
| --- | --- | --- |
| San Diego | 80.00 | 0.00 |

California Institute of Arts & Technology | 401 Mile of Cars Way Ste 100  National City, CA 91950 | (619) 955-8171 | FEIN: 26-3863091 | CA: 305-8965-9



**Direct Deposit Advice**

401 Mile of Cars Way
Ste 100
National City, CA 91950

| | **Check Date** | | **Voucher Number** |
|---|---|---|---|
| | May 30, 2025 | | 23147 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***8161 | 1,285.03 |
| **Total Direct Deposits** | | | **1,285.03** |

41989    SB-FAC-DIV    442  23147  21671        **41989**

**Lawrence Quesada**
17640 Lassen St
Unit 2
Northridge, CA  91325-1446

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## California Institute of Arts & Technology

**Lawrence Quesada**      **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **442** | Fed Taxable Income | **1,617.85** | Check Date | **May 30, 2025** | Voucher Number | **23147** |
| Location | **SB-FAC-DIV** | Fed Filing Status | **S** | Period Beginning | **May 11, 2025** | Net Pay | **1,285.03** |
| Hourly | **$39.00** | State Filing Status | **S-4-4** | Period Ending | **May 24, 2025** | Total Hours Worked | **41.4833** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| OVERTIM | | | | 9.75 |
| REGULAR | 39.00 | 41.4833 | 1,617.85 | 16,956.54 |
| **Gross Earnings** | | **41.4833** | **1,617.85** | **16,966.29** |

| **Taxes** | | | Amount | YTD |
|---|---|---|---|---|
| CA | | | 3.70 | 61.38 |
| CASDI-E | | | 19.41 | 203.59 |
| FITW | | | 194.65 | 2,068.51 |
| MED | | | 23.46 | 246.02 |
| SS | | | 100.31 | 1,051.92 |
| **Taxes** | | | **341.53** | **3,631.42** |

| **Deductions** | Amount | YTD |
|---|---|---|
| Energy Reimbursement | -2.49 | -26.09 |
| Internet Reimbursement | -6.22 | -65.24 |
| **Deductions** | **-8.71** | **-91.33** |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***8161 | 1,285.03 |
| **Total Direct Deposits** | | | **1,285.03** |

| **Time Off** | Available to Use | Plan Year Used |
|---|---|---|
| San Diego | 80.00 | 0.00 |

California Institute of Arts & Technology | 401 Mile of Cars Way Ste 100  National City, CA 91950 | (619) 955-8171 | FEIN: 26-3863091



Direct Deposit Advice

401 Mile of Cars Way
Ste 100
National City, CA 91950

**Check Date**
May 16, 2025

**Voucher Number**
22879

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***8161 | 1,321.09 |
| **Total Direct Deposits** | | | **1,321.09** |

41989   SB-FAC-DIV   442  22879  21421   **41989**

**Lawrence Quesada**
17640 Lassen St
Unit 2
Northridge, CA  91325-1446

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### California Institute of Arts & Technology

**Lawrence Quesada**                                                                                  **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **442** | Fed Taxable Income | **1,673.10** | Check Date **May 16, 2025**  Voucher Number **22879** |
| Location | **SB-FAC-DIV** | Fed Filing Status | **S** | Period Beginning **April 27, 2025**  Net Pay **1,321.09** |
| Hourly | **$39.00** | State Filing Status | **S-4-4** | Period Ending **May 10, 2025**  Total Hours Worked **42.8999** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| OVERTIM | | | | 9.75 |
| REGULAR | 39.00 | 42.8999 | 1,673.10 | 15,338.69 |
| **Gross Earnings** | | **42.8999** | **1,673.10** | **15,348.44** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 6.13 | 57.68 |
| CASDI-E | 20.08 | 184.18 |
| FITW | 206.81 | 1,873.86 |
| MED | 24.26 | 222.56 |
| SS | 103.73 | 951.61 |
| **Taxes** | **361.01** | **3,289.89** |

| Deductions | Amount | YTD |
|---|---|---|
| Energy Reimbursement | -2.57 | -23.60 |
| Internet Reimbursement | -6.43 | -59.02 |
| **Deductions** | **-9.00** | **-82.62** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***8161 | 1,321.09 |
| **Total Direct Deposits** | | | **1,321.09** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| San Diego | 80.00 | 0.00 |

California Institute of Arts & Technology | 401 Mile of Cars Way Ste 100  National City, CA 91950 | (619) 955-8171 | FEIN: 26-3863091



Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| 401 Mile of Cars Way<br>Ste 100<br>National City, CA 91950 | May 2, 2025 | 22617 |

**DIRECT DEPOSIT VOUCHER**

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***8161 | 1,306.25 |
| **Total Direct Deposits** | | | **1,306.25** |

41989    SB-FAC-DIV    442    22617    21173    **41989**

**Lawrence Quesada**
17640 Lassen St
Unit 2
Northridge, CA  91325-1446

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## California Institute of Arts & Technology

**Lawrence Quesada**                                                                 **Earnings Statement**

| Employee ID | **442** | Fed Taxable Income | **1,650.34** | Check Date | **May 2, 2025** | Voucher Number | **22617** |
| Location | **SB-FAC-DIV** | Fed Filing Status | **S** | Period Beginning | **April 13, 2025** | Net Pay | **1,306.25** |
| Hourly | **$39.00** | State Filing Status | **S-4-4** | Period Ending | **April 26, 2025** | Total Hours Worked | **42.3165** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| OVERTIM | | | | 9.75 |
| REGULAR | 39.00 | 42.3165 | 1,650.34 | 13,665.59 |
| **Gross Earnings** | | **42.3165** | **1,650.34** | **13,675.34** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| CA | 5.13 | 51.55 |
| CASDI-E | 19.80 | 164.10 |
| FITW | 201.80 | 1,667.05 |
| MED | 23.93 | 198.30 |
| SS | 102.32 | 847.88 |
| **Taxes** | **352.98** | **2,928.88** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| Energy Reimbursement | -2.54 | -21.03 |
| Internet Reimbursement | -6.35 | -52.59 |
| **Deductions** | **-8.89** | **-73.62** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| ALLY BANK | C | ***8161 | 1,306.25 |
| **Total Direct Deposits** | | | **1,306.25** |

| **Time Off** | **Available<br>to Use** | **Plan Year<br>Used** |
|---|---|---|
| San Diego | 40.00 | 0.00 |

California Institute of Arts & Technology | 401 Mile of Cars Way Ste 100  National City, CA 91950 | (619) 955-8171 | FEIN: 26-3863091