Certificate Number: 14912-CAC-DE-039806154

Bankruptcy Case Number: 25-11114



14912-CAC-DE-039806154

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 25, 2025, at 7:01 o'clock PM EDT, Lawrence Quesada completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  June 25, 2025            By:  /s/Jai Bhatt

                                Name:  Jai Bhatt

                                Title:  Counselor