United States Bankruptcy Court

Central District of California

In re:  Case No. 25-11114-MB

Lawrence Tanglao Quesada  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1  User: admin  Page 1 of 2
Date Rcvd: Oct 06, 2025  Form ID: 318a  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lawrence Tanglao Quesada, 17640 Lassen St Unit 2, Northridge, CA 91325-1446 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Oct 07 2025 04:59:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P. O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Oct 07 2025 04:59:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P. O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Oct 07 2025 01:22:00 | Los Angeles City Clerk, P. O. Box 53200, Los Angeles, CA 90053-0200 |
| 42535745 | EDI: CAPITALONE.COM | Oct 07 2025 04:59:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42535746 | EDI: JPMORGANCHASE | Oct 07 2025 04:59:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42535747 | EDI: CITICORP | Oct 07 2025 04:59:00 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 42535749 | EDI: DISCOVER | Oct 07 2025 04:59:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42535748 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 07 2025 01:24:00 | Department of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 42535750 | ^ MEBN | Oct 07 2025 01:14:11 | Toyota Financial Services, PO Box 22171, Tempe, AZ 85285-2171 |
| 42535751 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 07 2025 01:30:13 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0973-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: 318a | Total Noticed: 11 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:

**Name**    **Email Address**

Benjamin Heston
on behalf of Debtor Lawrence Tanglao Quesada bhestonecf@gmail.com
benheston@recap.email,NexusBankruptcy@jubileebk.net

Sandra McBeth (TR)
jwalker@mcbethlegal.com CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lawrence Tanglao Quesada<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3968<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 1:25–bk–11114–MB | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lawrence Tanglao Quesada

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/6/25

**Dated:** 10/6/25

**By the court:** Martin R. Barash
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

12/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**